Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
DISTRICT COUNCIL 37 BENEFITS FUNDS TRUST
i/s/h/a 37 BENEFITS FUND TRUST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

JANUSZ KARPIUK (AND WIFE BARBARA KARPIUK,                  Index No.: 08-CV-2327

      Plaintiff(s),               **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

 -against-                                             **ELECTRONICALLY FILED**

37 BENEFITS FUND TRUST, *et al.*,

      Defendant(s).
-------------------------------------------------------X

 PLEASE TAKE NOTICE that Defendant, DISTRICT COUNCIL 37 BENEFITS FUNDS TRUST i/s/h/a 37 BENEFITS FUND TRUST, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

 WHEREFORE, the defendant, DISTRICT COUNCIL 37 BENEFITS FUNDS TRUST i/s/h/a 37 BENEFITS FUND TRUST, demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 20, 2008

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendant
                              DISTRICT COUNCIL 37 BENEFITS FUNDS
                              TRUST i/s/h/a 37 BENEFITS FUND TRUST

                              By: _____
                              Richard E. Leff (RL-2123)
                              80 Broad Street, 23rd Floor
                              New York, New York 10004
                              (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel